IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW GLEASON, Individually
and on behalf of all others similarly situated,

        Plaintiff,

v.                                  Case No. 1:17-cv-00204-GJF-LF

MVCI ENERGY SERVICES, INC.,
KELLY McCLELLAN, GREG VICK,
and CHUCK BANKS,

        Defendants.

## CERTIFICATE OF SERVICE

Rodey, Dickason, Sloan, Akin & Robb, P.A., (Thomas L. Stahl and Jeffrey L. Lowry), attorneys Defendant MVCI Energy Services, Inc., ("MVCI"), hereby certifies that true and correct copies of the Offer of Judgment and Final Judgment, along with a copy of this Certificate of Service were served via e-mail on to the following:

| | |
|---|---|
| Matthew Scott Parmet<br>Richard J. (Rex) Burch<br>Bruckner Burch PLLC<br>8 Greenway Plaza, Suite 1500<br>Houston, TX 77046<br>mparmet@brucknerburch.com<br>rburch@brucknerburch.com<br>*Attorneys for Plaintiff* | Michael A. Josephson<br>Andrew W. Dunlap<br>Fibich, Leebron, Copeland, Briggs & Josephson<br>1150 Bissonnet<br>Houston, Texas 77005<br>mjosephson@fibichlaw.com<br>adunlap@fibichlaw.com<br>*Attorneys for Plaintiff* |

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By   /s/ Jeffrey L. Lowry
    Thomas L. Stahl
    Jeffrey L. Lowry
Post Office Box 1888
Albuquerque, New Mexico  87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
tstahl@rodey.com
jlowry@rodey.com
*Attorneys for Defendant MVCI Energy Services, Inc.*