UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| ANDREW GLEASON, Individually and on Behalf of All Others Similarly Situated,<br><br>v.<br><br>MVCI ENERGY SERVICES, INC.; KELLY McCLELLAN; GREG VICK; and CHUCK BANKS. | Case No.: 1:17-cv-00204-GJF-LF |

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Andrew Gleason filed this case as a class and collective action. ECF No. 1. The case has not been conditionally certified as a FLSA collective action or certified as a class action. And Gleason is the only Plaintiff currently in the case.

On March 20, 2017, MVCI Energy Services, Inc., Kelly McClellan, Greg Vick, and Chuck Banks (collectively, "MVCI") served an Offer of Judgment via email to Gleason through his counsel. *See* Ex. A.

Having considered the Offer of Judgment, Gleason hereby accepts it. Gleason therefore respectfully requests the Court entered MVCI's proposed Final Judgment. *See* Ex. B.

Respectfully Submitted,

By: */s/ Matthew S. Parmet*
Richard J. (Rex) Burch
Texas Bar No. 24001807
*seeking admission pro hac vice*
Matthew S. Parmet
Texas Bar No. 24069719
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone:   (713) 877-8788
Telecopier:   (713) 877-8065
rburch@brucknerburch.com
mparmet@brucknerburch.com

- 2 -

Michael A. Josephson
Texas Bar No. 24014780
*seeking admission pro hac vice*
Andrew W. Dunlap
Texas Bar No. 24078444
*seeking admission pro hac vice*
**FIBICH, LEEBRON, COPELAND,
   BRIGGS & JOSEPHSON**
1150 Bissonnet
Houston, Texas 77005
Telephone:     (713) 751-0025
Telecopier:     (713) 751-0030
mjosephson@fibichlaw.com
adunlap@fibichlaw.com

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

On April 3, 2016, I served a copy of this document on all registered parties and/or their counsel of record, via the Court's CM/ECF system.

*/s/ Matthew S. Parmet*

_____

Matthew S. Parmet