IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2017 APR 17  PM 12: 15
CLERK-LAS CRUCES

ANDREW GLEASON, Individually
and on behalf of all others similarly situated,

        Plaintiff,

v.                                  Case No. 1:17-cv-00204-GJF-LF (SWS/MLC)

MVCI ENERGY SERVICES, INC.,
KELLY McCLELLAN, GREG VICK,
and CHUCK BANKS,

        Defendants.

## FINAL JUDGMENT

Judgment is hereby entered against Defendants as follows:

1.     The total sum of $30,750, which represents $10,250.00 in unpaid overtime and $20,500.00 in liquidated damages; plus

2.     Attorneys' fees actually and reasonably incurred by counsel for Plaintiff up to the date of this offer, not to exceed one-third (33 and 1/3 percent) of the gross recovery to the Plaintiff; plus

3.     Costs, as defined and allowable under local and federal rules.

If the parties cannot reach agreement on attorneys' fees, Plaintiff shall submit his application and supporting documentation for reasonable fees in accordance with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the District of New Mexico.

This judgment is entered pursuant to Plaintiff's acceptance of Defendants' Offer of Judgment under Rule 68 of the Federal Rules of Civil Procedure and does not constitute an

admission by Defendants or determination by this Court that Defendants are liable under Plaintiff's causes of action or that Plaintiff has suffered any damages.

The amount of this judgment is in full settlement of all of Plaintiff's claims against Defendants, including claims for attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE